**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Stacy Tremaine JOHNSON,
Defendant—Appellant.**

No. 09–7763.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 17, 2011.

Stacy Tremaine Johnson, Appellant pro se. Jennifer P. May–Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacy Tremaine Johnson appeals the district court's order granting relief on his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Johnson,* No. 7:00–cr00114–F–1 (E.D.N.C. Sept. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*